Todd Kim
Assistant Attorney General
Danica Anderson Glaser
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
DC Bar No. 1005853
danica.glaser@usdoj.gov
202-514-5270

*Attorneys for Plaintiff United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Denali Water Solutions, LLC,<br><br>Defendant. | No. 2:24-cv-03084-DWL<br><br>UNOPPOSED MOTION TO ENTER CONSENT DECREE |

The United States moves this Court for entry of the proposed Consent Decree lodged on November 7, 2024 (ECF No. 3-1), which would fully resolve the claims set forth in the Complaint in this civil action.

1. In accordance with 28 C.F.R. § 50.7, the United States published notice of the proposed Decree in the Federal Register on November 14, 2024, for a thirty-day public comment period. *See* 89 Fed. Reg. 90,053 (Nov. 14, 2024). The United States received no comments.

2. For the reasons detailed in the Memorandum in Support of Unopposed Motion to Enter Consent Decree, filed with this Motion, the United States respectfully requests that the Court enter the Consent Decree. The Defendant has consented to entry of the Decree without further notice. Consent Decree, ECF No. 3-1, at ¶ 93.

3. A proposed order granting this Motion is attached, as required by Section II.G.,

Electronic Case Filing Administrative Policies and Procedures Manual (D. Ariz.). The Court may also want to sign the Decree itself at ECF No. 3-1, ECF page 28.

          Respectfully Submitted,

          UNITED STATES OF AMERICA

          TODD KIM
          Assistant Attorney General
          Environment and Natural Resources Division

          /s/ *Danica Anderson Glaser*
          DANICA ANDERSON GLASER (DC Bar #1005853)
          Senior Counsel
          Environmental Enforcement Section
          Environment and Natural Resources Division
          United States Department of Justice
          P.O. Box 7611
          Washington, DC 20044
          Telephone: (202) 514-5270
          Email: danica.glaser@usdoj.gov

          GARY M. RESTAINO
          United States Attorney
          District of Arizona

OF COUNSEL:
Kasey Barton
Senior Attorney, Office of Regional Counsel
U.S. Environmental Protection Agency, Region 7
11201 Renner Boulevard
Lenexa, KS 66219