IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Denali Water Solutions, LLC,<br><br>Defendant. | No. 2:24-cv-03084-DWL<br><br>[Proposed] ORDER GRANTING UNOPPOSED MOTION TO ENTER CONSENT DECREE |

At issue is the United States' Unopposed Motion to Enter Consent Decree ("Motion"), filed on January 3, 2025. Upon review, the Court finds that the proposed Consent Decree is fair, reasonable, and adequate, and hereby:

GRANTS the United States' Motion to Enter Consent Decree and hereby ENTERS said Decree as an ORDER of the Court.

IT IS SO ORDERED.

Dated this _____ day of _____, 2025

_____

HONORABLE DOMINIC W. LANZA

United States District Judge